

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

IN RE:  
    **DENEEN BELL**

                Case No. 10-13376 TJC  
                Chapter 13

    Debtor(s)

## ORDER CONFIRMING PLAN

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditor(s) and it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U. S. C. §1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED,** that the Chapter 13 Plan dated February 19, 2010 is confirmed; and it is further

**ORDERED,** that the property of the estate shall not vest in the Debtor(s) until the Debtor(s) is/are granted a discharge or the case is dismissed or otherwise terminated; and it is further

**ORDERED**, that the Debtor(s) is/are directed to pay to the Trustee the sum of $75.00 per month for 25 months and $165.00 per month for 35 months on or before the 19th day of each month for a total term of 60 months**;** and it is further

**ORDERED**, that the Debtor(s) is/are directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending; and it is further

Page One

**ORDERED**, that the Debtor(s) is/are directed to provide to the Trustee annually not later than 45 days before the anniversary date of this Order, a statement, under penalty of perjury, of (i) the income and expenditures of the debtor during the tax year most recently concluded before such anniversary date, and (ii) the monthly income of the debtor(s) that shows how income, expenditures, and monthly income are calculated; and which discloses (a) the amount and sources of the debtor(s)' income, (b) the identity of any person responsible with the debtor(s) for the support of any dependent, and (c) the identity of any person who contributed, and the amount contributed, to the household in which debtor(s) reside(s).

TRUSTEE RECOMMENDATION
The Chapter 13 Trustee represents
that the plan complies with the
provisions of the U.S.C. §1325 and
recommends confirmation.

/s/ **Nancy Spencer Grigsby**
Chapter 13 Trustee

cc: Deneen Bell
    4429 Rena Road #101
    Suitland, MD 20746

    David H. Sandler, Esquire
    8201 Corporate Drive, Ste. 1120
    Landover, MD 20785

    Nancy Spencer Grigsby
    4201 Mitchellville Road, Ste. 401
    Bowie, MD 20716

    All Creditors and Parties in Interest

**END OF ORDER**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 10-13376<br>District of Maryland<br>Greenbelt<br>Tue May 11 13:36:34 EDT 2010 | Bella Cosmetic Surgery<br>120 Waterfront Street<br>Suite 400<br>Oxon Hill, MD 20745-1142 | Cap One<br>PO Box 85520<br>Richmond, VA 23285-5520 |
| Capital One, N.A.<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4704 | Citfingerhut<br>6250 Ridgewood Roa<br>Saint Cloud, MN 56303-0820 | Collection Company O (Original Cred<br>700 Lonwater Dr<br>Norwell, MA 02061-1624 |
| Collection Company Of (Original Cre<br>700 Longwater Dr<br>Norwell, MA 02061-1796 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | Educ Systems Employee<br>PO Box 179<br>Greenbelt, MD 20768-0179 |
| Fdsb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Gemb/Care Credit<br>PO Box 981439<br>El Paso, TX 79998-1439 | Gemb/Old Navy<br>PO Box 981400<br>El Paso, TX 79998-1400 |
| Gemb/Walmart<br>PO Box 981400<br>El Paso, TX 79998-1400 | Hsbc/Bstby<br>1405 Foulk Road<br>Wilmington, DE 19803-2769 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Navy Fcu<br>1 Security Place<br>Merrifield, VA 22116 | Navy Federal Credit Union<br>P.O.BOX 3000<br>Merrifield, VA 22119-3000 | Pgcomfcu<br>14450 Old Mill Rd<br>Upper Marlboro, MD 20772-2865 |
| Prince George's Community Federal Credi<br>c/o Silverman Theologou, LLP<br>11200 Rockville Pike, Suite 300<br>North Bethesda, MD 20852-7101 | Prince George's County<br>Treasurer Division<br>Room 1090<br>Upper Marlboro, MD 20772 | Sears/Cbsd<br>PO Box 6189<br>Sioux Falls, SD 57117-6189 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2201 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target Nb<br>C/O Target Credit Services<br>Minneapolis, MN 55440-0673 |
| David H. Sandler<br>8201 Corporate Dr.<br>Ste. 1120<br>Landover, MD 20785-2269 | Deneen Bell<br>4429 Rena Rd #101<br>Suitland, MD 20746-3620 | Nancy L Spencer Grigsby<br>4201 Mitchellville Rd. Ste 401<br>Bowie, MD 20716-3164 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Hsbc Bank
INVALID ADDRESS PROVIDED

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27